## Berks County *v.* Stangier, Appellant.

Argued Nov. 15, 1905. Appeal, No. 207, Oct. T., 1905, by defendant, from judgment of C. P. Berks Co., June T., 1901, No. 70, on verdict for plaintiff in case of Berks County v. Charles E. Stangier. Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY MORRISON, J., December   , 1905:

For the reasons given in opinion this day filed in County of Berks v. George K. Linderman, ante, p. 119, the assignments of error are all overruled and the judgment is affirmed, in No. 207, October Term, 1905.